JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHIMIRA D., | Case No. 2:21-cv-06383-GJS |
| Plaintiff | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: July 20, 2022

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE